UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

*Candace Nall v. Bayer HealthCare Pharmaceuticals, et al.*          No. 12-cv-11549-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on August 29, 2014, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
          Deputy Clerk

**Dated:** September 2, 2014

Digitally signed by
David R. Herndon
Date: 2014.09.02
10:08:34 -05'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**